1

2

3

4
```
                                    FILED
                        CLERK, U.S. DISTRICT COURT

                            AUG 2 8 2018

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                    DEPUTY
```

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    June 2018 Grand Jury

11    UNITED STATES OF AMERICA,            CR No. 18  **CR 00548 - DMG**

12            Plaintiff,                   I N D I C T M E N T

13            v.                           [18 U.S.C. § 371: Conspiracy to
                                           Commit Bank Fraud, Money
14    GAGIK AIRAPETIAN,                    Laundering, Identity Theft, and
      PETROS TERAKOPYAN,                   Aggravated Identity Theft;  18
15    STEPAN TERAKOPYAN,                   U.S.C. § 1344(2): Bank Fraud and
      TIGRAN GALSTYAN,                     Attempted Bank Fraud; 18 U.S.C.
16    KAREN POGOSIAN,                      § 1956(a)(3)(B): Laundering of
      NIKOGHOS PETROSYAN,                  Monetary Instruments;
17    DAVIT ASOYAN, and                    18 U.S.C. § 1349: Conspiracy to
      HAROUTIOUN DEMIRDJIAN,               Commit Health Care Fraud; 18
18                                         U.S.C. § 1028(a)(7): Unlawful
              Defendants.                  Transfer, Possession, and Use of
19                                         Means of Identification; 18 U.S.C.
                                           § 1028A(a)(1): Aggravated Identity
20                                         Theft; 18 U.S.C. § 2(a): Aiding
                                           and Abetting; 18 U.S.C. § 2(b):
21                                         Causing an Act to be Done]

22

23

24        The Grand Jury charges:

25    ///

26    ///

27    ///

28    ///

COUNT ONE

[18 U.S.C. § 371]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, but no later than on or about January 9, 2012, and continuing to on or about December 2, 2014, in Los Angeles and San Luis Obispo Counties, within the Central District of California, and elsewhere, defendants GAGIK AIRAPETIAN ("AIRAPETIAN"), PETROS TERAKOPYAN ("P. TERAKOPYAN"), STEPAN TERAKOPYAN ("S. TERAKOPYAN"), TIGRAN GALSTYAN ("GALSTYAN"), KAREN POGOSIAN ("POGOSIAN"), NIKOGHOS PETROSYAN ("PETROSYAN"), DAVIT ASOYAN ("ASOYAN"), and HAROUTIOUN DEMIRDJIAN ("DEMIRDJIAN"), together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit offenses against the United States, namely:

1.   Bank Fraud, in violation of Title 18, United States Code, Section 1344;

2.   Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

3.   Unlawful Possession and Use of Means of Identification, in violation of Title 18, United States Code, Section 1028(a)(7); and

4.   Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.   Defendant AIRAPETIAN and others known and unknown to the

Grand Jury would obtain personal identifying information ("PII") of third parties (hereinafter, "the victims"), including the victims' foreign passports, names, dates of birth, and foreign passport details, which generally were from the Republic of Armenia.

2.  Defendant AIRAPETIAN would share that PII with defendants P. TERAKOPYAN, S. TERAKOPYAN, GALSTYAN, POGOSIAN, PETROSYAN, ASOYAN, and DEMIRDJIAN.

3.  Defendant AIRAPETIAN would charge a 30% laundering fee to exchange checks represented to be proceeds of specified unlawful activity into cash.

4.  Defendant AIRAPETIAN and others known and unknown to the Grand Jury would cause fraudulent foreign passports and other identification to be fabricated using the photographs of defendants POGOSIAN and PETROSYAN and others known and unknown to the Grand Jury, by laminating their photographs on top of the photographs on the legitimate passports.

5.  Defendant AIRAPETIAN would direct others to open mailbox and bank accounts in other individuals' identities by using fraudulent identification, including altered Republic of Armenia passports.

6.  In exchange for a $30,000 fee, defendants AIRAPETIAN and POGOSIAN would also agree to open a bank account that they believed would be used to receive proceeds of health care fraud.

7.  Defendant GALSTYAN would recruit individuals to open mailbox and bank accounts using fraudulent identification and would drive others to do so or to pick up checks that had been issued to fraudulent identities.

8.  Defendants POGOSIAN and PETROSYAN, and others known and

1  unknown to the Grand Jury, would rent mailbox accounts at Commercial
2  Mail Receiving Agencies ("CMRA") throughout southern California.
3      9.    To open those mailbox accounts at the CMRAs, defendants
4  POGOSIAN and PETROSYAN and others known and unknown to the Grand Jury
5  would unlawfully pose in the identities of real persons, including
6  A.Ag., Y.G., V.S., E.A., H.B., A.As., A.K., and E.S., by presenting
7  fraudulent identification in the names of those other persons,
8  including Republic of Armenia passports that had been altered to
9  contain defendants POGOSIAN's and PETROSYAN's respective photographs.
10     10.   While posing in other identities and using fraudulent
11 identification, including altered Republic of Armenia passports names
12 of those other persons, but with defendant POGOSIAN's and PETROSYAN's
13 respective photographs, defendants POGOSIAN and PETROSYAN, and others
14 known and unknown to the Grand Jury, would open bank accounts in
15 those fraudulent identities at multiple different banks, at bank
16 branches located in the Central District of California ("Scheme Bank
17 Accounts"), through which checks represented to be proceeds of
18 specified unlawful activity would be deposited, to conceal the
19 nature, the location, the source, the ownership, and the control of
20 the specified unlawful activity.
21     11.   Defendants P. TERAKOPYAN and S. TERAKOPYAN would provide
22 cell phones that would be used to conduct business on the fraudulent
23 mailbox and bank accounts.
24     12.   Defendants AIRAPETIAN, P. TERAKOPYAN, and S. TERAKOPYAN
25 would receive bank checks represented to be proceeds of specified
26 unlawful activity, to be deposited to Scheme Bank Accounts.
27     13.   Defendants ASOYAN and DEMIRDJIAN would deposit checks into
28 Scheme Bank Accounts.

14.   After deducting a 30% laundering fee, defendants AIRAPETIAN, P. TERAKOPYAN, and S. TERAKOPYAN, and others known and unknown to the Grand Jury, would provide cash, often secreted inside a cell phone box, to a person working at the direction of, and with the approval of, federal law enforcement.

15.   The Scheme Bank Accounts would be used to launder proceeds from specified unlawful activity and proceeds represented to be from specified unlawful activity.

C.   OVERT ACTS

In furtherance of the conspiracy, and to accomplish its objects, on or about the following dates, defendants AIRAPETIAN, P. TERAKOPYAN, S. TERAKOPYAN, GALSTYAN, POGOSIAN, PETROSYAN, ASOYAN, and DEMIRDJIAN, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1: On or about November 10, 2011, defendant AIRAPETIAN explained how the laundering process would work and bragged about running the laundering operation, stating: "I'm far away. I peacefully observe from above."

Overt Act No. 2: On or about February 8, 2012, defendant PETROSYAN opened bank account no. XXXXXX8298 in the name of A.Ag. at a Bank of America branch in Pismo Beach, California, by using an altered Republic of Armenia passport in the name of A.Ag.

Overt Act No. 3: On or about September 20, 2012, defendant DEMIRDJIAN deposited check no. 1085 in the amount of $9,950 to bank account no. XXXXXX8298 in the name of A.Ag.

Overt Act No. 4: On or about October 15, 2012, defendant P. TERAKOPYAN provided $25,900 cash to an individual who defendant P.

TERAKOPYAN believed to be a health care fraud operator, intending to conceal the nature, the location, the source, the ownership, and the control of the funds represented to be proceeds of health care fraud.

Overt Act No. 5: On or about October 29, 2012, defendant ASOYAN deposited check no. 1088 in the amount of $27,905 to bank account no. XXXXXX8298 in the name of A.Ag.

Overt Act No. 6: On or about November 15, 2012, defendant P. TERAKOPYAN provided $19,600 cash to an individual who defendant P. TERAKOPYAN believed to be a health care fraud operator, intending to conceal the nature, the location, the source, the ownership, and the control of the funds represented to be proceeds of health care fraud.

Overt Act No. 7: On or December 11, 2012, an unknown co-conspirator sent an email message to the San Luis Obispo UPS Store with documents to re-open the A.Ag. mailbox account.

Overt Act No. 8: On or about January 19, 2013, defendant GALSTYAN drove an unindicted co-conspirator from the Los Angeles area to a mailbox location in San Luis Obispo, in order to pick up a check that had been issued to fraudulent identity A.Ag.

Overt Act No. 9: On or about February 14, 2013, defendant AIRAPETIAN provided $24,150 cash to an individual who defendant AIRAPETIAN believed to be a health care fraud operator, intending to conceal the nature, the location, the source, the ownership, and the control of the funds represented to be proceeds of health care fraud.

Overt Act No. 10: On or about April 26, 2013, defendant AIRAPETIAN provided $18,900 cash to an individual who defendant AIRAPETIAN believed to be a health care fraud operator, intending to conceal the nature, the location, the source, the ownership, and the control of the funds represented to be proceeds of health care fraud.

Overt Act No. 11:  On or about May 29, 2013, defendant S. TERAKOPYAN provided $28,000 cash to an individual who defendant S. TERAKOPYAN believed to be a health care fraud operator, intending to conceal the nature, the location, the source, the ownership, and the control of the funds represented to be proceeds of health care fraud.

Overt Act No. 12:  On or about July 11, 2013, defendant S. TERAKOPYAN provided $42,000 cash to an individual who defendant S. TERAKOPYAN believed to be a health care fraud operator, intending to conceal the nature, the location, the source, the ownership, and the control of the funds represented to be proceeds of health care fraud.

Overt Act No. 13:  On or about July 31, 2013, defendant AIRAPETIAN instructed defendant POGOSIAN to go open another fraudulent bank account, stating "who cares about the ID.  Go to Bank of America and open a personal account – later can add DBA."

Overt Act No. 14:  On or about July 31, 2013, defendant POGOSIAN provided a "Medicare Enrollment Application" where he had fraudulently signed in the name of H.S.

Overt Act No. 15:  On or about August 5, 2013, defendant POGOSIAN possessed an International Driver's License and Republic of Armenia passport in the name of H.S.

Overt Act No. 16:  On or about August 15, 2013, defendant AIRAPETIAN had a conversation with an individual he believed to be a health care fraud operator, where defendant AIRAPETIAN said that defendant AIRAPETIAN had left cash yesterday with a nominee that was now at the nominee's house, so defendant AIRAPETIAN had sent someone to pick up that cash and bring it to the business operated by defendants P. TERAKOPYAN and S. TERAKOPYAN.

Overt Act No. 17:  On or about August 15, 2013, defendant P.

TERAKOPYAN drove from defendant POGOSIAN's residence in Sun Valley to defendants P. TERAKOPYAN and S. TERAKOPYAN's business, and thereafter, defendant P. TERAKOPYAN retrieved a bag with $14,700 in cash and handed it to an individual they believed to be a health care fraud operator.

Overt Act No. 18:  On or about August 28, 2013, defendant AIRAPETIAN called an individual he believed to be a health care fraud operator and stated that a bank account would be opened the next day.

Overt Act No. 19:  On or about August 29, 2013, defendant POGOSIAN posed in the identity of H.S. to open a business bank account in H.S.'s name at Bank of America.

Overt Act No. 20:  On or about August 29, 2013, defendant POGOSIAN signed temporary checks drawn on the bank account that defendant POGOSIAN had just opened in the name of H.S.

Overt Act No. 21:  On or about August 29, 2013, defendant POGOSIAN posed in the identity of H.S., including using altered Republic of Armenia passport number XXXXX2070 in the name of H.S., to open bank account number XXXXXXXX4264 at Bank of America in the name of H.S. doing business as "Lion Medical Supply."

Overt Act No. 22:  On or about August 29, 2013, defendant S. TERAKOPYAN called defendant P. TERAKOPYAN by telephone and asked defendant P. TERAKOPYAN "Dad. Did Gago give a phone yesterday night?" and then gave a cellphone box with $37,100 cash inside of it to an individual they believed to be a health care fraud operator.

Overt Act No. 23:  On or about October 23, 2013, defendant POGOSIAN signed checks drawn on the H.S. bank account that defendant POGOSIAN had fraudulently opened on August 29, 2013.

Overt Act No. 24:  On or about December 2, 2014, defendant S.

TERAKOPYAN accepted $3,000 cash intended to pay defendant POGOSIAN for opening the fraudulent H.S. bank account.

COUNTS TWO THROUGH TEN

[18 U.S.C. §§ 1344(2), 2(a), 2(b)]

A.    INTRODUCTORY ALLEGATION

    1.    At all times relevant to this Indictment:

        a.    Bank of America, N.A. ("Bank of America") was a federally insured financial institution with branches throughout the United States.

        b.    Citibank was a federally insured financial institution with branches throughout the United States.

        c.    JPMorgan Chase Bank, N.A. ("Chase") was a federally insured financial institution with branches throughout the United States.

        d.    Wells Fargo Bank, N.A. ("Wells Fargo") was a federally insured financial institution with branches throughout the United States.

B.    SCHEME TO DEFRAUD

    2.    Beginning on a date unknown but no later than in or about January 2012, and continuing until in or about October 2013, in Los Angeles and San Luis Obispo Counties, within the Central District of California, and elsewhere, defendants GAGIK AIRAPETIAN ("AIRAPETIAN"), PETROS TERAKOPYAN ("P. TERAKOPYAN"), STEPAN TERAKOPYAN ("S. TERAKOPYAN"), TIGRAN GALSTYAN ("GALSTYAN"), KAREN POGOSIAN ("POGOSIAN"), NIKOGHOS PETROSYAN ("PETROSYAN"), DAVIT ASOYAN ("ASOYAN"), and HAROUTIOUN DEMIRDJIAN ("DEMIRDJIAN"), together with others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and with intent to defraud, executed and attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Bank of

10

1  America, Citibank, Chase, and Wells Fargo (collectively, "the Banks")

2  by means of material false and fraudulent pretenses, representations,

3  and promises, and the concealment of material facts.

4      3.   The fraudulent scheme operated, in substance, in the

5  following manner:

6          a.   The Grand Jury re-alleges Section B of Count One of

7  this Indictment as though set forth in their entirety here.

8          b.   When defendants POGOSIAN and PETROSYAN opened the bank

9  accounts at the Banks, the Banks would provide temporary checks.

10         c.   The Banks would also mail checkbooks for those bank

11 accounts to the addresses that defendants POGOSIAN and PETROSYAN had

12 provided to the banks.

13         d.   Defendants POGOSIAN and PETROSYAN would sign and issue

14 checks drawn on those accounts using the names of the fraudulent

15 identities.

16         e.   Defendant AIRAPETIAN and others known and unknown to

17 the Grand Jury would receive blank, signed checks from an account

18 represented to have received proceeds of health care fraud, in the

19 name of company "Best of LA Medical Supply" ("BLAMS checks").

20         f.   Defendants ASOYAN and DEMIRDJIAN would deposit BLAMS

21 checks made payable to names from accounts that defendants POGOSIAN

22 and PETROSYAN, and other schemers known and unknown to the Grand

23 Jury, had fraudulently opened while posing in other identities.

24 C.  EXECUTION OF THE SCHEME TO DEFRAUD

25     4.   On or about the dates set forth below, in Los Angeles

26 County, within the Central District of California, and elsewhere,

27 defendants AIRAPETIAN, P. TERAKOPYAN, S. TERAKOPYAN, GALSTYAN,

28 POGOSIAN, PETROSYAN, ASOYAN, and DEMIRDJIAN, together with others

1  known and unknown to the Grand Jury, each aiding and abetting the

2  others, executed and attempted to execute the fraudulent scheme, by

3  committing, aiding and abetting the commission, and willfully causing

4  others to commit the following acts:

| COUNT | DATE | ACT |
|-------|------|-----|
| TWO | 02/08/2012 | Opening bank account XXXXXX3471 at Bank of America branch in San Luis Obispo, California, in the name of A.As. |
| THREE | 02/08/2012 | Opening bank account XXXXXX8298 at Bank of America branch in Pismo Beach, California, in the name of A.Ag. ("BOA account 8298") |
| FOUR | 09/20/2012 | Depositing BLAMS check no. 1085 for $9,950 into BOA account 8298 |
| FIVE | 10/29/2012 | Depositing BLAMS check no. 1088 for $27,905 into BOA account 8298 |
| SIX | 02/19/2013 | Issuing check no. 1018 from Bank of America account XXXXXXXX2177 for $10,105, made payable to an account that had been opened by defendant PETROSYAN's wife A.M. |
| SEVEN | 02/19/2013 | Issuing check no. 128 from Chase account XXXXX7095 for $6,050, made payable to an account that had been opened by defendant PETROSYAN's wife A.M. |
| EIGHT | 08/05/2013 | Attempting to open a bank account at Bank of America branch in North Hollywood, California, in the name of H.S. dba "Lion Medical Supply" |
| NINE | 08/19/2013 | Depositing BLAMS check no. 1129 for $18,390 into Bank of America account XXXXXXXX3205 |
| TEN | 08/29/2013 | Opening bank account XXXXXXXX4264 at Bank of America branch in North Hollywood, California, in the name of H.S. dba "Lion Medical Supply" |

COUNT ELEVEN

[18 U.S.C. § 1956(a)(3)(B)]

Beginning on or about August 15, 2013, and continuing to on or about August 29, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendants GAGIK AIRAPETIAN ("AIRAPETIAN"), PETROS TERAKOPYAN ("P. TERAKOPYAN"), STEPAN TERAKOPYAN ("S. TERAKOPYAN"), and KAREN POGOSIAN ("POGOSIAN"), each aiding and abetting the other, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, that is, health care fraud, conducted a financial transaction, affecting interstate and foreign commerce, involving property represented to be the proceeds of specified unlawful activity by a person at the direction of, and with the approval of, a Federal official authorized to investigate and prosecute violations of money laundering, that is, health care fraud.  Specifically, defendants AIRAPETIAN, P. TERAKOPYAN, S. TERAKOPYAN, and POGOSIAN, after having charged a 30 percent fee from the $53,000 written on checks represented to be the proceeds of health care fraud, arranged for the delivery of $37,100 cash.

COUNT TWELVE

[18 U.S.C. § 1349]

A.   OBJECT OF THE CONSPIRACY

Beginning on or about February 14, 2013, and continuing through on or about December 2, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants GAGIK AIRAPETIAN ("AIRAPETIAN") and KAREN POGOSIAN ("POGOSIAN"), together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit Health Care Fraud, in violation of Title 18, United States Code, Section 1347.

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished in substance as follows:

1.   In exchange for a $30,000 fee, defendants AIRAPETIAN and POGOSIAN would agree to open a bank account that they believed would be used to receive proceeds of health care fraud.

2.   Defendant POGOSIAN would use fraudulent identification in the name of another identity to open that bank account.

3.   Defendant POGOSIAN would sign bank opening documents and checks using the name of that other identity.

4.   Defendant POGOSIAN would sign a "Medicare Enrollment Application" using the name of that other identity.

C.   OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object, on or about the following dates, defendants AIRAPETIAN and POGOSIAN, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere,

14

including, but not limited to, the following:

Overt Act No. 1: On or about June 6, 2013, defendants AIRAPETIAN and POGOSIAN met to discuss opening a bank account in fraudulent identity H.S., which bank account would be used to receive proceeds represented to be from health care fraud.

Overt Act No. 2: On or about July 31, 2013, defendants AIRAPETIAN and POGOSIAN met to discuss their plan for defendant POGOSIAN to open the bank account in the name of H.S.

Overt Act No. 3: On or about July 31, 2013, defendant POGOSIAN provided a "Medicare Enrollment Application" form that POGOSIAN had signed in the name of H.S. under that form's section entitled "Authorized Official Signature."

Overt Act No. 4: On or about August 5, 2013, defendant POGOSIAN posed in the identity of H.S., including using altered Republic of Armenia passport number XXXXX2070 in the name of H.S., to attempt to open a bank account at Bank of America in the name of H.S. doing business as "Lion Medical Supply," but he was unsuccessful because the bank would not accept a P.O. Box for the business address.

Overt Act No. 5: On or about August 29, 2013, defendant POGOSIAN posed in the identity of H.S., including using altered Republic of Armenia passport number XXXXX2070 in the name of H.S., to open bank account number XXXXXXXX4264 at Bank of America in the name of H.S. doing business as "Lion Medical Supply."

Overt Act No. 6: On or about August 29, 2013, defendant POGOSIAN signed 10 temporary checks from the Lion Medical Supply bank account in the name of the fraudulent H.S. identity.

Overt Act No. 7: On or about October 23, 2013, defendant POGOSIAN signed multiple checks drawn on the Lion Medical Supply bank

account using the name of the fraudulent H.S. identity.

Overt Act No. 8: On or about April 2, 2014, defendant AIRAPETIAN called an individual he believed to be a health care fraud operator to relate that defendant POGOSIAN had called defendant AIRAPETIAN to find out what was happening with the Lion Medical Supply bank account that defendant POGOSIAN had opened.

Overt Act No. 9: On or about December 2, 2014, Stepan TerAkopyan accepted $3,000 cash intended for defendant POGOSIAN.

COUNTS THIRTEEN THROUGH FIFTEEN

[18 U.S.C. §§ 1028(a)(7), 2(a)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants GAGIK AIRAPETIAN ("AIRAPETIAN") and KAREN POGOSIAN ("POGOSIAN"), each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, means of identification of another person, namely, the names, passport numbers, and signatures of H.S., in the locations listed below, with the intent to commit, to aid and abet the commission of, and in connection with the commission of, a violation of Federal law, namely, Conspiracy to Commit Bank Fraud and Money Laundering, in violation of Title 18, United States Code, Section 371, Bank Fraud and Attempted Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), and Conspiracy to Commit Health Care Fraud, in violation of Title 18, United States Code, Section 1349, with said transfer, possession, and use affecting interstate and foreign commerce:

| COUNT | DATE | LOCATION |
|---|---|---|
| THIRTEEN | 08/29/2013 | Bank of America branch North Hollywood, California |
| FOURTEEN | 08/29/2013 | Parking lot North Hollywood, CA |
| FIFTEEN | 10/23/2013 | POGOSIAN's residence Sun Valley, CA |

COUNTS SIXTEEN THROUGH EIGHTEEN

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

On or about the dates below, in Los Angeles County, within the Central District of California, defendants GAGIK AIRAPETIAN ("AIRAPETIAN") and KAREN POGOSIAN ("POGOSIAN"), each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, means of identification that defendants AIRAPETIAN and POGOSIAN knew belonged to another person, namely, the names, passport numbers, and signatures of H.S., in the locations listed below, during and in relation to the offenses of Conspiracy to Commit Bank Fraud and Money Laundering, a felony violation of Title 18, United States Code, Section 371, Bank Fraud and Attempted Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), and Conspiracy to Commit Health Care Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in the following counts of this Indictment:

| COUNT | DATE | LOCATION | PREDICATE OFFENSES COUNTS |
|---|---|---|---|
| SIXTEEN | 08/29/2013 | Parking lot North Hollywood, CA | ONE |
| SEVENTEEN | 08/29/2013 | Bank of America branch North Hollywood, CA | TEN |
| EIGHTEEN | 10/23/2013 | POGOSIAN's residence Sun Valley, CA | TWELVE |

COUNTS NINETEEN THROUGH TWENTY-ONE

[18 U.S.C. § 1028A(a)(1)]

On or about the dates below, in San Luis Obispo County, within the Central District of California, defendant NIKOGHOS PETROSYAN ("PETROSYAN") knowingly transferred, possessed, and used, without lawful authority, means of identification that defendant PETROSYAN knew belonged to another person, namely, the names, passport numbers, and signatures of the persons listed below, during and in relation to the offenses of Conspiracy to Commit Bank Fraud and Money Laundering, a felony violation of Title 18, United States Code, Section 371, and Bank Fraud and Attempted Bank Fraud, a felony violation of Title 18,

///

///

///

United States Code, Section 1344(2), as charged in the following

counts of this Indictment.

| COUNT | DATE | IDENTITY | LOCATION | PREDICATE OFFENSES COUNTS |
|-------|------|----------|----------|---------------------------|
| NINETEEN | 02/08/2012 | A.Ag. | UPS Store No. 2479 San Luis Obispo, CA | ONE |
| TWENTY | 02/08/2012 | A.As. | UPS Store No. 4581 San Luis Obispo, CA | TWO |
| TWENTY-ONE | 02/08/2012 | A.Ag. | Bank of America branch Pismo Beach, CA | THREE |

A TRUE BILL

/s/
_____
Foreperson

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office